IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| RAYMOND RODERICK. HAMILTON, ) | |
| Plaintiff, ) | |
| vs. ) | No. 2:11-cv-3075-SHM-tmp |
| PINNACLE AIRLINES, ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

On December 8, 2011 Plaintiff, Raymond Roderick Hamilton, filed a pro se complaint pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, along with a motion to proceed in forma pauperis (Docket Entries 1 & 2).

By court order entered March 8, 2012 (D.E. 3), Plaintiff's motion to proceed in forma pauperis was denied and Plaintiff was directed to pay the $350.00 civil case filing fee within thirty (30) days after the date the order was entered. The order also provided that, "Failure to timely comply with this order will result in dismissal of this action, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute."

Plaintiff has not complied with the court ordered directive, and the time for compliance has expired. Therefore, the complaint is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 30th day of April, 2012.

s/Samuel H. Mays, Jr.
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE